UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DAVID RODRIGUEZ,  Civil Action No.:
1:16-cv-03297-PKC

        Plaintiff,

vs.

THE NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK and BRIAN
SALTER,

        Defendants.

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John A. Bonventre, Esq. of Landman Corsi Ballaine & Ford P.C. hereby enters his appearance as counsel for defendants The National Railroad Passenger d/b/a Amtrak and Brian Salter in the above-entitled case. The Court and counsel are requested to serve John A. Bonventre, Esq. of Landman Corsi Ballaine & Ford P.C. with all pleadings, correspondence, and notices.

        Respectfully submitted,

        LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
     John A. Bonventre
     Attorneys for Defendants
     The National Railroad Passenger d/b/a Amtrak and
     Brian Salter